**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Yontz Henry Sutton**
Plaintiff

CIVIL ACTION

V.

NO. **1:26-cv-13696-RGS**

**Wesling et al**
Defendant

# ORDER OF DISMISSAL

Stearns, D. J.

Pursuant to the Court's Order [Doc. No. 10] Petitioner's Petition for Writ of Habas is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

By the Court,

August 24, 2026
Date

/s/ Sophie Phillips
Deputy Clerk